UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
THE UNITED STATES OF AMERICA

        -v-                                            NOTICE OF APPEARANCE

NATALIE MAYFLOWER SOURS EDWARDS,      18 Mag. 8861
a/k/a "Natalie Sours,"
a/k/a "Natalie May Edwards,"
a/k/a "May Edwards,"
                          Defendant.
--------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Marc Agnifilo, Esq., of Brafman & Associates, P.C., 767 Third Avenue, New York, NY 10017, is appearing for Defendant Natalie Mayflower Sours Edwards in the above-captioned matter.

                                                             /s/
                                               Marc Agnifilo, Esq.
                                               Brafman & Associates, P.C.
                                               767 Third Avenue, 26th Floor
                                               New York, NY 10017
                                               Phone: (212) 750-7800
                                               Fax: (212) 750-3906
                                               E-mail: magnifilo@braflaw.com

Dated: November 2, 2018
       New York, NY