UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
THE UNITED STATES OF AMERICA

        -v-                                          NOTICE OF APPEARANCE

NATALIE MAYFLOWER SOURS EDWARDS,       18 Mag. 8861
a/k/a "Natalie Sours,"
a/k/a "Natalie May Edwards,"
a/k/a "May Edwards,"
                                  Defendant.
-----------------------------------------------------X

      TO: CLERK OF COURT

      PLEASE TAKE NOTICE that Teny Geragos, Esq., of Brafman & Associates, P.C., 767 Third Avenue, New York, NY 10017, is appearing for Defendant Natalie Mayflower Sours Edwards in the above-captioned matter.

                                               /s/
                                        Teny Geragos, Esq.
                                        Brafman & Associates, P.C.
                                        767 Third Avenue, 26th Floor
                                        New York, NY 10017
                                        Phone: (212) 750-7800
                                        Fax: (212) 750-3906
                                        E-mail: tgeragos@braflaw.com

Dated: November 2, 2018
       New York, NY