AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the

*U.S. DISTRICT COURT FILED NOV 02 2018 S.D. OF N.Y.*

___USA___  )
Plaintiff )
v. )
___Natalie Mayflower___ ) Case No. ___18 Mag 8861___
Defendant )
___Sours Edwards___ )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

___Natalie Mayflower Sours Edwards___

Date: ___11/2/18___

___[signature]___
*Attorney's signature*

___Marc Agnifilo   2476182___
*Printed name and bar number*

___Of Counsel___
___Brafman & Assoc___
___767 Third Ave, NY NY 10017___
*Address*

___Magnifilo@braflaw.com___
*E-mail address*

___212.750.7800___
*Telephone number*

___212.750.3906___
*FAX number*