UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                :    **Affirmation in Support**
UNITED STATES OF AMERICA        :    **of Order of Continuance**
                                :
     - v. -                     :    **18 Mag. 8861**
                                :
NATALIE MAYFLOWER SOURS EDWARDS,:
   a/k/a "Natalie Sours,"       :
   a/k/a "Natalie May Edwards," :
   a/k/a "May Edwards,"         :
                                :
                     Defendant. :
                                :
- - - - - - - - - - - - - - - - X

State of New York           )
County of New York          ) ss.:
Southern District of New York )

      Daniel C. Richenthal, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

      1.  I am an Assistant United States Attorney in the Office of Geoffrey S. Berman, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

      2.  NATALIE MAYFLOWER SOURS EDWARDS, a/k/a "Natalie Sours," a/k/a "Natalie May Edwards," a/k/a "May Edwards," the defendant, was arrested on October 16, 2018, and charged in a complaint, dated October 16, 2018, with violations of Title 18,

United States Code, Section 371, and Title 31, United States Code, Section 5322. The defendant, who arrested in the Eastern District of Virginia, was presented before a Magistrate Judge the following day, and was ordered released on certain conditions. At the initial presentment on October 17, 2018, then-counsel for the defendant consented to a waiver of his client's right pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure to a preliminary hearing within 21 days of the initial appearance.

3. On November 2, 2018, the defendant appeared in this district before Magistrate Judge Sarah Netburn, and was ordered to remain on release subject to certain conditions. At the same appearance, counsel for the defendant consented to a waiver of his client's right pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure to a preliminary hearing within 21 days of the initial appearance, and specifically consented to have such a hearing date set no sooner than 30 days from the date of her appearance in this district. Accordingly, the Government has until December 3, 2018 to file an indictment or information against the defendant.

4. Marc A. Agnifilo, Esq., counsel for the defendant, and counsel for the Government have had discussions regarding a possible disposition of this case. The discussions have not been

2

completed, and we plan to continue, but do not anticipate a resolution before the deadline under the Speedy Trial Act expires on December 3, 2018.

5. Therefore, the Government is requesting a continuance of 30 days, until January 4, 2019, to continue the foregoing discussions and reach a potential disposition of this matter. Defense counsel has consented to this request on behalf of the defendant.

6. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated:   New York, New York
         December 2, 2018

_____
Daniel C. Richenthal
Assistant United States Attorney
(212) 637-2109