UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                    :
UNITED STATES OF AMERICA            :    **Order of Continuance**
                                    :
   - v. -                           :    **18 Mag. 8861**
                                    :
NATALIE MAYFLOWER SOURS EDWARDS,    :
   a/k/a "Natalie Sours,"           :
   a/k/a "Natalie May Edwards,"     :
   a/k/a "May Edwards,"             :
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - - X

Upon the application of the United States of America and the affirmation of Daniel C. Richenthal, Assistant United States Attorney for the Southern District of New York, it is found that NATALIE MAYFLOWER SOURS EDWARDS, the defendant, was arrested on or about October 16, 2018, and was charged with violations of Title 18, United States Cod, Section 371, and Title 31, United States Code, Section 5322, in a complaint dated October 16, 2018;

It is further found that the defendant was presented before a Magistrate Judge in the Eastern District of Virginia on October 17, 2018, and was ordered released subject to certain conditions;

It is further found that the defendant appeared before Magistrate Judge Sarah Netburn in the Southern District of New York on November 2, 2018, and was ordered to remain on release subject to certain conditions;

It is further found that Marc A. Agnifilo, Esq., counsel for the defendant, and counsel for the Government have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with defense counsel about the potential disposition of this case and that the defendant, through her counsel, has consented that such a continuance may be granted for that purpose and has specifically waived her right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until January 4, 2019, and that a copy of this Order and the affirmation of Assistant United States Attorney Daniel C. Richenthal be served on this date

on counsel for the defendant by the United States Attorney's Office.

Dated:   New York, New York
         December 3, 2018

_____
THE HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK