UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
THE UNITED STATES OF AMERICA

              -v-

NATALIE MAYFLOWER SOURS EDWARDS,
a/k/a "Natalie Sours,"
a/k/a "Natalie May Edwards,"
a/k/a "May Edwards,"
                        Defendant.
-------------------------------------------------------X

NOTICE OF APPEARANCE

18 Mag. 8861

TO: CLERK OF COURT

      PLEASE TAKE NOTICE that Jacob Kaplan, Esq., of Brafman & Associates, P.C., 767 Third Avenue, New York, NY 10017, is appearing for Defendant Natalie Mayflower Sours Edwards in the above-captioned matter.

                                                                  Jacob Kaplan, Esq.
                                                                  Brafman & Associates, P.C.
                                                                  767 Third Avenue, 26th Floor
                                                                  New York, NY 10017
                                                                  Phone: (212) 750-7800
                                                                  Fax: (212) 750-3906
                                                                  E-mail: jkaplan@braflaw.com

Dated: January 29, 2019
       New York, NY



# BRAFMAN & ASSOCIATES, P.C.

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TEL.(212)750-7800

FAX.(212)750-3906

## FACSIMILE TRANSMITTAL SHEET

| TO: | FAX NUMBER |
|---|---|
| Clerk of Court | (212) 805-4060 |
| FROM: | |
| Jacob Kaplan, Esq. | (212) 750 3906 |
| DATE: | TOTAL NO. OF PAGES INCLUDING COVER: |
| January 29, 2019 | 2 |
| RE: | |
| United States v. Natalie Mayflower Sours Edwards 18 Mag. 8861 | |
| CC: | |

☐ URGENT      ☐ FOR REVIEW      ☐ PLEASE COMMENT      ☐ PLEASE REPLY

NOTES/COMMENTS:

Please see the attached notice.

### PRIVILEGE AND CONFIDENTIALITY NOTICE:

This facsimile is confidential and may contain attorney privileged information intended only for the use of the individual named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone. Do not disclose the contents to anyone. Thank you.